**Order entered February 18, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00755-CV

### IN THE ESTATE OF RAFFAELE MARTINI PANDOZY

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-18-03717-1**

## ORDER

Before the Court is appellant's February 13, 2020 motion for a fourteen day extension of time to file her corrected brief. We **GRANT** the motion and **ORDER** the corrected brief be filed no later than February 27, 2020.

Appellee's brief shall be filed within thirty days of the filing of appellant's brief.

/s/     ERIN A. NOWELL
           JUSTICE